IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT FENNELL, :
:
    Plaintiff :
:
v. : CIVIL NO. 4:CV-16-2094
:
AMY HIMES : (Judge Brann)
:
    Defendant :

## ORDER

November 2, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915.

2. The Clerk of Court is directed to **CLOSE** the case.

3. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

                        BY THE COURT:

                        s/ Matthew W. Brann
                        Matthew W. Brann
                        United States District Judge